AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
OS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKLIEN BOTROS, individually and on behalf of all others similarly situated, | Case No. 5:26-cv-01896-NW-NMC |
| Plaintiff(s), | [Superior Court of California, Santa Clara County Case No. 25CV462394] |
| v. | |
| AGI CARGO, LLC; and DOES 1 through 100, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| Defendant(s). | |
| | Removal Filed:    March 4, 2026<br>Complaint Filed: April 1, 2025<br>Trial Date:         None |

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

## [PROPOSED] ORDER

The Court, having reviewed and considered the parties' joint stipulation for extension of time to respond to complaint, hereby APPROVES the stipulation and ORDERS as follows:

1.     Defendant AGI CARGO, LLC's deadline to respond to plaintiffs' complaint is extended up to and including May 11, 2026.

**IT IS SO ORDERED.**

Dated: April 7, 2026

_____
HON. NOEL WISE
United States District Judge

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
OS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

2                    Case No. 5:26-cv-01896-NW-NMC
[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT