UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACKLIEN BOTROS,

          Plaintiff,

    v.

AGI CARGO, LLC,

          Defendant.

Case No. 26-cv-01896-NW

**ORDER VACATING ALL DATES AND DIRECTING PARTIES TO FILE DISMISSAL OR STATUS REPORT**

Re: ECF No. 25

On June 12, 2026, the parties filed a notice of settlement stating that the parties "have reached an agreement on the terms of a settlement in principle" and indicated that they "anticipate filing a Joint Stipulation for Dismissal with Prejudice of Plaintiff's claims pursuant to Federal Rule of Civil Procedure 41 within the next 45 days, or prior to July 29, 2026." ECF No. 25. Accordingly, all dates and deadlines are VACATED. Defendant's Motion to Dismiss, ECF No. 18, is administratively terminated.

Parties shall file their stipulation of dismissal by Wednesday, July 29, 2026. The Court sets a compliance hearing regarding dismissal for Wednesday, August 19, 2026, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. If the case is not dismissed by July 29, 2026, the compliance hearing will be converted into an order to show cause why the case should not be dismissed. If any party opposes the order to show cause, that party must file their objection in writing by Wednesday, August 5, 2026.

/ / /

/ / /

United States District Court
Northern District of California

Counsel must appear at the hearing in person; no remote appearances will be permitted.

**IT IS SO ORDERED.**

Dated: June 17, 2026

Noël Wise
United States District Judge